■ In the Matter of KEITH P., a Child Alleged to be Neglected. ELLEN P., Appellant; LIVINGSTON COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent. [669 NYS2d 116] —Order unanimously affirmed without costs for reasons stated in decision at Livingston County Family Court, Cicoria, J. (Appeal from Order of Livingston County Family Court, Cicoria, J.—

Neglect.) Present—Green, J. P., Lawton, Wisner, Callahan and Boehm, JJ.